**Raymond RICHARDS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47390.**

Missouri Court of Appeals,
Western District.

Feb. 15, 1994.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, C.J., and KENNEDY and ELLIS, JJ.

PER CURIAM.

## *ORDER*

Defendant appeals from the denial of his Rule 24.035 motion after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).